# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michael J. Hitchko,

      Plaintiff,                                     Civil 10-703 (RHK/JJG)

vs.                                             **DISQUALIFICATION AND**
                                                     **ORDER FOR REASSIGNMENT**

Zimmer, Inc., et al.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 23, 2010

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge